UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00066-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOE GUTIERREZ,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing regarding revocation of supervised release is set for **Friday, July 2, 2010, at 3:00 p.m.**

    May 26, 2010.