UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00066-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOE GUTIERREZ,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the hearing regarding revocation of supervised release set for **Friday, July 2, 2010, at 3:00 p.m.** is **VACATED** and **RESET** for **Wednesday, June 30, 2010, at 10:00 a.m.**

    June 22, 2010.