UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00066-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOE GUTIERREZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Tuesday, November 2, 2010 at 11:00 a.m.**

    Dated: July 30, 2010